

Jason Leopold <jasonleopold@gmail.com>

---

## Request for records under the Freedom of Information Act
1 message

---

**Jason Leopold** <jasonleopold@gmail.com>  Fri, Mar 11, 2022 at 1:03 PM
Reply-To: jasonleopold@gmail.com
To: FOIA <Foia@usss.dhs.gov>

This is a request for records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 and the Privacy Act, 5 U.S.C. § 552a. This request should be considered under both statutes to maximize the release of records.

REQUESTER INFORMATION
Name: Jason Leopold
Position: Investigative Reporter
Address: 1669 Benedict Canyon Dr., Beverly Hills, CA 90210
Email: jasonleopold@gmail.com

RECORDS SOUGHT
I request disclosure from the National Archives and Records Administration the following records:

1. All records, with the exception of news clippings and press releases, relating or referring to the retrieval of Presidential records from Mar-a-Lago. Please be sure to include any and all photographs of presidential records that were recovered.

2. All emails, letters, memos, text messages, reports sent and received between Secret Service officials and officials representing former President Donald Trump and officials at the National Archives, Justice Department, FBI relating or referring to Presidential records stored at Mar-a-Lago, discussions about the retrieval of those records, the Presidential Records Act and the ongoing search for Presidential records.

3. All records, with the exception of news clippings and press releases, mentioning or referring to descriptions of Trump Presidential records that were not turned over to NARA after former President Donald Trump left office.

4. Any and all letters, memos, reports, Secret Service officials have exchanged with other federal government agencies and congressional committees relating or referring to presidential records stored at Mar-a-Lago.

5. Final reports of investigation and audits and reviews relating or referring to the presence of classified information contained in Presidential records removed from the Trump White House and retrieved from Mar-a-Lago by NARA officials; and final reports of investigation and audits relating or referring to missing Presidential records from the Trump White House.

6. All emails, memos, reports, text messages, letters, criminal referrals, sent and received by Secret Service and FBI, CIA, Defense Intelligence Agency, National Security Agency, State Department, Department of Defense, and the Inspector General of the Intelligence Community, relating or referring to the presence of classified information contained in all presidential records retrieved from Mar-a-Lago.

7. All records, such as letters, memos, reports, exchanged with any Congressional committee relating or referring to the presence of classified information contained in all presidential records retrieved from Mar-a-Lago by NARA officials.

Reasonably Foreseeable Harm.  The FOIA Improvement Act of 2016 amended the FOIA as follows (5 USC 552(a)(8)):

(A) An agency shall—

(i) withhold information under this section only if—

(I) the agency reasonably foresees that disclosure would harm an interest protected by an exemption described in subsection (b); or

(II) disclosure is prohibited by law; and

(ii) (I) consider whether partial disclosure of information is possible whenever the agency determines that a full disclosure of a requested record is not possible; and

(II) take reasonable steps necessary to segregate and release nonexempt information. . . .

USSS should not fail to meet the requirements of Section 552(a)(8) when processing my request and release responsive records to me in full or at least in part.

INSTRUCTIONS REGARDING SEARCH

1.   Request for Public Records:

Please search for any records even if they are already publicly available.

2.   Request for Electronic and Paper/Manual Searches:

I request that searches of all electronic and paper/manual indices, filing systems, and locations for any and all records relating or referring to the subject of my request be conducted. I further request that the agencies conduct a search of its "soft files" as well as files in its locked cabinets.

3.   Request regarding Photographs and other Visual Materials:

I request that any photographs or other visual materials responsive to my request be released to me in their original or comparable forms, quality, and resolution. For example, if a photograph was taken digitally, or if the agencies maintains a photograph digitally, I request disclosure of the original digital image file, not a reduced resolution version of that image file nor a printout and scan of that image file. Likewise, if a photograph was originally taken as a color photograph, I request disclosure of that photograph as a color image, not a black and white image. Please contact me for any clarification on this point.

4.   Request for Duplicate Pages:

I request disclosure of any and all supposedly "duplicate" pages. Scholars analyze records not only for the information available on any given page, but also for the relationships between that information and information on pages surrounding it. As such, though certain pages may have been previously released to me, the existence of those pages within new context renders them functionally new pages. As such, the only way to properly analyze released information is to analyze that information within its proper context. Therefore, I request disclosure of all "duplicate" pages.

5.   Request to Search Emails:

Please search for emails relating to the subject matter of my request.

6.   Request for Search of Records Transferred to Other Agencies:

I request that in conducting its search, the agencies disclose releasable records even if they are available publicly through other sources outside the agencies, such as NARA.

FORMAT

I request that any releases stemming from this request be provided to me in digital format (soft-copy) on a compact disk or other like media.

FEE CATEGORY AND REQUEST FOR A FEE WAIVER

I am the senior investigative reporter for BuzzFeed News and formerly senior investigative reporter and on-air correspondent for VICE News. Additionally, my reporting has been published in The Guardian, The Wall Street Journal, The Financial Times, Salon, CBS Marketwatch, The Los Angeles Times, The Nation, Truthout, Al Jazeera English and Al Jazeera America.

I request a complete waiver of all search and duplication fees. If my request for a waiver is denied, I request that I be considered a member of the news media for fee purposes.

Under 5 U.S.C. §552(a)(4)(A)(iii), "Documents shall be furnished without any charge ... if disclosure of the information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." Disclosure in this case meets the statutory criteria, as the records sought to detail the operations and activities of the government. This request is also not primarily in my commercial request, as I am seeking the records as a journalist to analyze and freely release to members of the public.

If I am not granted a complete fee waiver, I request to be considered a member of the news media for fee purposes. I am willing to pay all reasonable duplication expenses incurred in processing this FOIA request.

I will appeal any denial of my request for a waiver administratively and to the courts if necessary.
--

BuzzFeed News

**Jason Leopold** | **BuzzFeed News** | Senior Investigative Reporter | (213) 270-4334 | @jasonleopold
6824 Lexington Avenue, Los Angeles, CA 90038
**Signal**: (213) 270-4334 and (646) 379-1975
**Send me documents and tips, anonymously and securely**: tips.buzzfeed.com
My personal PGP
My BuzzFeed PGP fingerprint: 46DB 0712 284B 8C6E 40FF 7A1B D3CD 5720 694B 16F0

Exhibit 2



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information Act Program
Communications Center
245 Murray Lane, SW, Building T-5
Washington, D.C. 20223

Date:   March 14, 2022

BuzzFeed
1669 Benedict Canyon Drive
Beverly Hills, CA 90210
Attn:  Jason Leopold
Email: jasonleopold@gmail.com

File Number:   20220306

Dear Requester:

This letter acknowledges the receipt of your recent Freedom of Information Act (FOIA) request, received by the United States Secret Service (Secret Service) on March 14, 2022, for the disclosure from the National Archives and Records Administration (NARA) of the following records:

1. All records, with the exception of news clippings and press releases, relating or referring to the retrieval of Presidential records from Mar-a-Lago. Please be sure to include any and all photographs of presidential records that were recovered;

2. All emails, letters, memos, text messages, reports sent and received between Secret Service officials and officials representing former President Donald Trump and officials at the National Archives, Justice Department, FBI relating or referring to Presidential records stored at Mar-a-Lago, discussions about the retrieval of those records, the Presidential Records Act and the ongoing search for Presidential records;

3. All records, with the exception of news clippings and press releases, mentioning or referring to descriptions of Trump Presidential records that were not turned over to NARA after former President Donald Trump left office;

4. Any and all letters, memos, reports, Secret Service officials have exchanged with other federal government agencies and congressional committees relating or referring to presidential records stored at Mar-a-Lago;

5. Final reports of investigation and audits and reviews relating or referring to the presence of classified information contained in Presidential records removed from the Trump White House and retrieved from Mar-a-Lago by NARA officials; and final reports of investigation and audits relating or referring to missing Presidential records from the Trump White House;

6. All emails, memos, reports, text messages, letters, criminal referrals, sent and received by Secret Service and FBI, CIA, Defense Intelligence Agency, National Security Agency, State Department, Department of Defense, and the Inspector General of the Intelligence Community, relating or referring to the presence of classified information contained in all presidential records retrieved from Mar-a-Lago; and

7. All records, such as letters, memos, reports, exchanged with any Congressional committee relating or referring to the presence of classified information contained in all presidential records retrieved from Mar-a-Lago by NARA officials.

In regard to Parts 2, 4, and 6 of your request, a search for files responsive to your request is being conducted. The appropriate components of the Secret Service are being queried for responsive documents. If any responsive records are located, they will be reviewed for a disclosure determination. You will be contacted before any additional fees are accrued.

Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. As your request seeks documents that will require a thorough and wide-ranging search, the Secret Service will invoke a 10-day extension for your request pursuant to 6 C.F.R., Part 5 § 5.5(c). If you would like to narrow the scope of your request, please contact our office. We will make every effort to comply with your request in a timely manner. Additionally, per Section 5.5(a) of the FOIA regulations, 6 C.F.R, Chapter I, Part 5, Secret Service processes FOIA requests according to their order of receipt.

Please be advised, your request for a fee waiver will be held in abeyance pending the quantification of responsive records. The FOIA regulations, Title 6 C.F.R., Chapter I, Part 5 § 5.11(k)(2)(3), set forth six factors to examine when determining whether the applicable legal standard for a fee waiver has been met. We will consider these factors:

1) Whether the subject of the requested records concerns "the operations or activities of the government;"
2) Whether the disclosure is "likely to contribute" to an understanding of government operations or activities;
3) Whether disclosure of the requested information will contribute to the understanding of the public at large, as opposed to the individual understanding of the requestor or a narrow segment of interested persons;
4) Whether the contribution of public understanding of government operations or activities will be "significant;"
5) Whether the requester has a commercial interest that would be furthered by the requested disclosure; and
6) Whether the magnitude of any identified commercial interest to the requestor is sufficiently large in comparison with the public interest in disclosure, that disclosure is primarily in the commercial interest of the requestor.

If your fee waiver is denied, we shall charge you for the records in accordance with FOIA regulations as they apply to "media" requesters. The first 100 pages of duplication are free of charge. As a "media" requester, you will be charged .10 cents a page for the duplication of each additional page. The submission of your request is viewed as an agreement, by you, to pay duplication costs up to $25.00.

Furthermore, upon initial review of your request, you specifically requested disclosure of records from the NARA. as it relates to parts 1, 3, 5 and 7 of your request, it has been determined that the information you are seeking is under the purview of the NARA. Therefore, you should submit your request directly to that agency's FOIA Officer using the contact information provided below.

National Archives and Records Administration
The National Archives Building, Room G-7
700 Pennsylvania avenue, NW
Washington, DC 20408-0001
Email: Foia@nara.gov


If you need any further assistance, or would like to discuss any aspect of your request, please contact our FOIA Public Liaison Kevin Tyrrell, at (202) 406-6370. Alternatively, you may send an e-mail to FOIA@usss.dhs.gov. FOIA File No. 20220306 is assigned to your request. Please refer to this file number in all future communication with this office.


Thank you,

Freedom of Information Act Program
United States Secret Service
245 Murray Lane, SW, Building T-5
Washington, DC  20223
Phone: (202) 406-6370
Fax: (2020 406-5586
Email: FOIA@USSS.DHS.GOV

Exhibit 3



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information Act Program
Communications Center
245 Murray Lane, SW, Building T-5
Washington, D.C. 20223

Date: April 6, 2022

Jason Leopold
1669 Benedict Canyon Drive
Beverly Hills, CA 90210
Email: jasonleopold@gmail.com

File Number:   20220306

Dear Requester:

Reference is made to your Freedom of Information Act (FOIA) request, originally submitted to the United States Secret Service (Secret Service) on March 14, 2022, for documents pertaining to:

1. All emails, letters, memos, text messages, reports sent and received between Secret Service officials and officials representing former President Donald Trump and officials at the National Archives, Justice Department, FBI relating or referring to Presidential records stored at Mar-a-Lago, discussions about the retrieval of those records, the Presidential Records Act and the ongoing search for Presidential records;

2. Any and all letters, memos, reports, Secret Service officials have exchanged with other federal government agencies and congressional committees relating or referring to presidential records stored at Mar-a-Lago; and

3. All emails, memos, reports, text messages, letters, criminal referrals, sent and received by Secret Service and FBI, CIA, Defense Intelligence Agency, National Security Agency, State Department, Department of Defense, and the Inspector General of the Intelligence Community, relating or referring to the presence of classified information contained in all presidential records retrieved from Mar-a-Lago.

In response to your FOIA request, the Secret Service FOIA Office has conducted a reasonable search for all potentially responsive documents.  The Secret Service FOIA Office searched all Program Offices that were likely to contain potentially responsive records, and records were located.

We are processing the responsive records identified in connection with that search. They will be processed in accordance with the Freedom of Information Act, 5 U.S.C. § 552 and sent to you upon completion.

As referenced in our initial response to you, due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request.  However, we are processing your request as expeditiously as possible.

Your request has been assigned FOIA File No. 20220306.  If you have any questions, would like to discuss this matter, or check the status of your request, please email this office at FOIA@usss.dhs.gov.   Please refer to the file number indicated above in all correspondence with this office.

Thank you,

Freedom of Information Act  Program
United States Secret Service
245 Murray Lane, SW, Building T-5
Washington, DC 20223
Phone: (202) 406-6370
Fax: (202) 406-5586
Email: FOIA@USSS.DHS.GOV

Exhibit 4

---------- Forwarded message ---------
From: **Jason Leopold** <jasonleopold@gmail.com>
Date: Mon, Jun 13, 2022 at 11:18 AM
Subject: Re: Search Done/USSS No.: 20220306
To: FOIA <FOIA@usss.dhs.gov>

Hi there,
May I have an estimated date of completion for this request?

Best,
Jason

On Wed, Apr 6, 2022 at 12:07 PM <FOIA@usss.dhs.gov> wrote:
> Dear Requester,
>
> Please see the attached letter regarding the status of your Freedom of Information Act/Privacy Act request.
>
> If you have any questions, please let us know.
>
> Thank you,
>
> Freedom of Information Act Program
> United States Secret Service
> 245 Murray Lane, SW, Building T-5
> Washington, DC 20223
> Phone: (202) 406-6370
> Fax: (202) 406-5586
> Email: FOIA@USSS.DHS.GOV
>
>
> All e-mail to/from this account is subject to official review and is for official use only. Action may be taken in response to any inappropriate use of the Secret Service's e-mail system. This e-mail may contain information that is privileged, law enforcement sensitive, or subject to other disclosure limitations. Such information is loaned to you and should not be further disseminated without the permission of the Secret Service. If you have received this e-mail in error, do not keep, use, disclose, or copy it; notify the sender immediately and delete it.

--

**BuzzFeed News**

**Jason Leopold** | **BuzzFeed News** | Senior Investigative Reporter | (213) 270-4334 | @jasonleopold
6824 Lexington Avenue, Los Angeles, CA 90038
**Signal**: (213) 270-4334 and (646) 379-1975
**Send me documents and tips, anonymously and securely**: tips.buzzfeed.com
My personal PGP
My BuzzFeed PGP fingerprint: 46DB 0712 284B 8C6E 40FF 7A1B D3CD 5720 694B 16F0

Exhibit 5



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information Act Program
Communications Center
245 Murray Lane, S.W., Building T-5
Mail Stop 8205
Washington, D.C. 20223

Date:   June 13, 2022

Jason Leopold
1669 Benedict Canyon Drive
Beverly Hills, CA 90210
Email: jasonleopold@gmail.com

File Number:   20220306

Dear Requester:

Reference is made to your Freedom of Information Act (FOIA) request, originally submitted to the United States Secret Service (Secret Service) on March 14, 2022, for information pertaining to 1. All emails, letters, memos, text messages, reports sent and received between Secret Service officials and officials representing former President Donald Trump and officials at the National Archives, Justice Department, FBI relating or referring to Presidential records stored at Mar-a-Lago, discussions about the retrieval of those records, the Presidential Records Act and the ongoing search for Presidential records;

2. Any and all letters, memos, reports, Secret Service officials have exchanged with other federal government agencies and congressional committees relating or referring to presidential records stored at Mar-a-Lago; and

3. All emails, memos, reports, text messages, letters, criminal referrals, sent and received by Secret Service and FBI, CIA, Defense Intelligence Agency, National Security Agency, State Department, Department of Defense, and the Inspector General of the Intelligence Community, relating or referring to the presence of classified information contained in all presidential records retrieved from Mar-a-Lago.

Although we are unable to provide an estimated date of completion we are currently processing your request for information. In our Search Done/Responsive Records acknowledgement letter to you, dated April 6, 2022, we advised you that due to the increasing number of FOIA requests received by this office, we could encounter some delay in processing your request. However, we want to let you know that we have been making every effort to reduce the backlog of cases.

At this time, documents responsive to your request have been located, forwarded to this office for review, and are in processing.  Upon completion of the processing, all documents that can be released will be made available to you at the earliest possible date.  As the Secret Service FOIA Program diligently works to provide a final response to your request, we appreciate your patience and cooperation.

FOIA File No. 20220306 is assigned to your request.  If you have any questions or would like to discuss this matter, please contact Secret Service's FOIA Public Liaison Kevin Tyrrell at, (202) 220-1819.  Alternatively, you may email this office at FOIA@usss.dhs.gov.

Please refer to the file number in all correspondence with this office.

Thank you,

Freedom of Information Act Program
United States Secret Service
245 Murray Lane, SW, Building T-5
Mail Stop 8205
Washington, DC  20223
Phone: (202) 220-1819
Fax: (202) 220-1755
Email: [FOIA@USSS.DHS.GOV](mailto:FOIA@USSS.DHS.GOV)