# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. SECRET SERVICE,<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br>    Defendants. | Civil Action No. 1:22–cv–01923–RDM |

## UNOPPOSED MOTION TO SUSPEND
## SUMMARY JUDGEMENT BRIEFING

Under the Court's March 6, 2023 Minute Order, Defendants' motion for summary judgment is due on Tuesday, March 14, 2023. *See* Minute Order, Feb. 1, 2023.

Defendants now respectfully seek to suspend the summary judgment briefing schedule currently in place. Following the summary judgment pre-hearing conference, the parties have conferred further, and Defendants have agreed to undertake an additional search in response to Plaintiff's Freedom of Information Act (FOIA) request at issue in this case. Defendants anticipate that this search will be completed by April 3, 2023. Accordingly, Defendants propose that the parties submit a status report at that time, advising the Court whether any substantive disagreements remain between the parties such that briefing remains necessary. If briefing does remain necessary, Defendants propose the following schedule for the parties' cross-motions:

    Defendants' motion for summary judgment: April 19, 2023

    Plaintiff's opposition and cross-motion: May 19, 2023

    Defendants' opposition and reply: May 26, 2023

    Plaintiff's reply: June 16, 2023

Consistent with Local Civil Rule 7(m), undersigned counsel conferred with Plaintiffs' counsel, and counsel indicated that Plaintiff does not oppose the relief sought herein.

Dated: March 14, 2023　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　MARCIA BERMAN
　　　　　　　　　　　　　　　　　　　　Assistant Branch Director

　　　　　　　　　　　　　　　　　　　   /s/ *Julia A. Heiman*
　　　　　　　　　　　　　　　　　　　　JULIA A. HEIMAN (D.C. Bar No. 986228)
　　　　　　　　　　　　　　　　　　　　Senior Counsel
　　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　1100 L Street, NW
　　　　　　　　　　　　　　　　　　　　Washington, DC  20005
　　　　　　　　　　　　　　　　　　　　Tel: 202-616-8480
　　　　　　　　　　　　　　　　　　　　julia.heiman@usdoj.gov

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*