# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD,<br><br>        Plaintiff,<br><br>v.<br><br>U.S. SECRET SERVICE,<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br>        Defendants. | Civil Action No. 1:22–cv–01923–RDM |

## [PROPOSED] ORDER

The Court, having fully considered the Defendants' Motion for Summary Judgment, and the parties' submissions in support thereof in and in opposition thereto hereby **ORDERS** that the Motion is **GRANTED**, and summary judgment on behalf of Defendants is hereby **ENTERED**.

IT IS SO **ORDERED**, this _____ day of _____, 2023.

_____
Hon. Randolph D. Moss
United States District Judge