IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:22-cv-01923-RDM |
| ) | |
| v. ) | |
| ) | |
| U.S. SECRET SERVICE, *et al,* ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION TO MODIFY BRIEFING SCHEDULE**

The parties jointly respectfully move to modify the briefing schedule.

The parties in this Freedom of Information Act case have cross-moved for summary judgment. Defendants' cross-opposition/reply is due June 30, 2023, and Plaintiff's cross-reply is due July 17, 2023. *See* Minute Order (Apr. 29, 2023).

Good cause exists for granting the relief requested in this motion. Undersigned counsel for Defendants has encountered unexpected family health issues that have required urgent attention, and thus requires additional time to complete Defendants' brief. Undersigned counsel for Plaintiff will be on parental leave for several weeks this summer, and replacement counsel has a vacation scheduled in mid-July.

Accordingly, the parties respectfully propose that the briefing schedule be modified as follows:

- Defendants' cross-opposition/reply: July 17, 2023;
- Plaintiff's cross-reply: August 7, 2023.

A proposed order is attached.

Dated: June 29, 2023                    Respectfully submitted,


/s/ *Stephen Stich Match*
Stephen Stich Match, Bar No. MA 0044
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
Tel. (520) 488-0486
match@loevy.com
foia@loevy.com

*Attorneys for Plaintiff*




BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ *Julia A. Heiman*
JULIA A. HEIMAN (D.C. Bar No. 986228)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC  20005
Tel: 202-616-8480
julia.heiman@usdoj.gov

*Attorneys for Defendants*

- 3 -

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:22-cv-01923-RDM |
| ) | |
| v. ) | |
| ) | |
| U.S. SECRET SERVICE, *et al,* ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER

The parties' Joint Motion to Modify Briefing Schedule is GRANTED.  Defendants shall file their cross-opposition and reply on or before July 17, 2023.  Plaintiff shall file his cross-reply on or before August 7, 2023.

SO ORDERED.

Date: _____

                                                  RANDOLPH D. MOSS
                                                  United States District Judge